UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. KRONE, III dba DEJA VIEW VIDEO PRODUCTIONS,<br><br>    Plaintiff(s),<br><br>v.<br><br>DEJA VIEW, INC.,<br><br>    Defendant(s). | No. C05-5024 BZ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES** |

Plaintiff William R. Krone, III dba Deja View Video Productions has filed a motion for the award of attorneys' fees and costs, dated June 26, 2006. No opposition has been received from the defendant. The court concludes that there is no need for a hearing. **IT IS THEREFORE ORDERED** as follows:

    1. Defendant Deja View, Inc. shall pay William R. Krone, III reasonable attorneys fees and costs in the amount of $32,474.64.

    2. The hearing scheduled for August 2, 2006 is **VACATED.**

Dated: July 31, 2006

                                        Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\KRONE. ORD.RE.ATTYS.FEES.7.31.06.wpd

1